**15-24-00119-CV**
D-1-GN-24-003836

ELIGAH DARNELL JR

APPELLANT

V

STEVEN McCRAW, DIRECTOR,
TEXAS DEPARTMENT OF PUBLIC
SAFETY
APPELLEE

§
§
§
§
§
§
§
§

IN THE

FIFTEENTH COURT OF APPEALS

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

## PLAINTIFF'S - APPELLANT'S SECOND SUPPLEMENTED BRIEF

TO THE HONORABLE COURT:

COMES NOW, ELIGAH DARNELL JR, APPELLANT, IN THE ABOVE STYLED CAUSE. FILING A SECOND SUPPLEMENTED APPELLATE BRIEF TO SHOW THAT THERE WAS NO LEGAL OR FACTUAL BASIS TO DISMISS AS MALICIOUS OR FRIVOLOUS WITH PREJUDICE, THE DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF APPLICATION.

(1-10)

# TABLE of CONTENTS

TABLE OF CONTENTS
PARTIES AND COUNSEL

INDEX OF AUTHORITIES

MATERIAL FACTS

ORAL ARGUMENT STATEMENT

ARGUMENT

PRAYER

SERVICE

## PARTIES AND COUNSEL

ELIGAH DARNELL JR

APPELLANT

COUNSEL

PRO SE

STEVEN MCCRAW, DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY

VISHAL V. IYER
Office of THE ATTORNEY GENERAL
LAW ENFORCEMENT DEFENSE DIV
P. O. BOX 12548
AUSTIN, TEXAS 78711-2548

(3-10)

# INDEX OF AUTHORITIES

| CASES | PAGE |
|---|---|
| ANONYMOUS ADULT 382 S.W.3d 531 (TEX. APP. AUSTIN 2012) | 6-8 |
| CRABTREE V STATE 389 S.W.3d 820 (TEX. CRIM. APP. 2012) | 6-8 |
| IN RE R.J.J. 959 S.W.2d 185 (TEX. 1993) | 6-8 |
| McCRAW V C.I 525 S.W.3d 701 (TEX. APP. 9TH DIST. 2017) | 8 |

| STATUTES AND RULES | |
|---|---|
| 14TH AMEND | 8 |
| TEX. CIV. PRAC. REM. CODE $ 65.011 | 5 |
| TEX. CIV. PRAC. REM. CODE $ 37.004(a) | 5 |
| 311.027 TEX. GOVT CODE | 7 |
| CH. 62. TEX. CODE CRIM. PROC | 5-8 |

# MATERIAL FACTS

- APPELLANT'S ORIGINAL PETITION SOUGHT DECLARATORY JUDGMENT UNDER THE UNIFORM DECLARATORY JUDGMENT ACT <u>TEX. CIV. PRAC. REM CODE ANN §37.004(a)</u> TO DECLARE ILLEGAL ACTS, ULTRA VIRES, UNCONSTITUTIONAL UNDER DUE PROCESS CLAUSE 14TH AMENDMENT, AND TO DETERMINE PROPER DURATION OF REGISTRATION UNDER CH.62. C.C.P. (CR.VOl-AT 5-7)

- APPELLANT'S ORIGINAL PETITION ALSO SOUGHT PROSPECTIVE INJUNCTION RELIEF UNDER <u>TEX. CIV. PRAC. REM. CODE § 65.011</u> AGAINST THE DPS DIRECTOR ILLEGAL ACTS, ULTRA VIRES, IN MISINTERPRETING CH.62. C.C.P., EXCEEDING STATUTORY AUTHORITY, AND DIRECT THE DPS DIRECTOR TO CORRECT AND REFORM STATE RECORDS AND ONLINE INFORMATION MADE PUBLIC, TO REFLECT A 10TH ANNIVERSARY REGISTRATION REQUIREMENT UNDER CH.62. C.C.P, AND THE VICTIM OF THE UNDERLYING OFFENSE IN <u>CAUSE 0364461</u> TO BE A <u>RELATIVE</u>. (CR. VOl1-5-9) AND EXEMPTION. SEE ALSO (CR.VOl1 16-18) THE TRIAL COURT DISMISSED AS MALICIOUS OR FRIVOLOUS WITH PREJUDICE (CR. VOl 1 - 265-267)

- MOTION FOR NEW TRIAL WAS FILED (CR. VOl1 - 272-288) OVERRULED BY OPERATION OF LAW

# ORAL ARGUMENT

ALTHOUGH THE APPELLANT DID NOT REQUEST ORAL ARGUMENT IN HIS INITIAL BRIEF AND SUPPLEMENTED, REPLY BRIEF, ORAL ARGUMENT MAY BE SOMETHING TO CONSIDER FOR THE FOLLOWING REASON:

* THE ATTORNEY GENERAL HAS ARGUED THAT THE "SUBSTANTIAL SIMILARITY" TEST IN ~~ANON~~ ANONYMOUS ADULT 382 S.W.3d 531 (TEX. APP. AUSTIN 2012) IS IRRELEVANT BECAUSE APPELLANT HAS A TEXAS CONVICTION. SEE (APPELLEE'S BRIEF - AT B - Pgs 9-10)

* A SUBSTANTIAL QUESTION OF WHETHER A DPS REQUIREMENT IN MAKING A SUBSTANTIAL SIMILARITY DETERMINATION AS DISCUSSED IN "ANONYMOUS ADULT" ANY DIFFERENT FROM THE ISSUE OF HOW TO TREAT ONE STATUTES REFERENCE TO ANOTHER STATUTE, I.e., PENAL PROVISION AS DISCUSSED BY THE SUPREME COURT IN IN RE R.J.J 959 S.W.2d 185 (TEX.1993) HAS ARISEN.

(6-10)

THIS QUESTION IS IMPORTANT TO THE JURISPRUDENCE OF THIS STATE BECAUSE SUPREME COURT PRECEDENT IN IN RE R.J.J EXPLAINED HOW TO TREAT ONE STATUTES REFERENCE TO ANOTHER IN 311.027 TEX. GOVT CODE, THE THIRD COURT OF APPEALS CREATED A SUBSTANTIAL SIMILARITY TEST FOR DPS TO FOLLOW IN "ANONYMOUS ADULT", AND THE TEXAS COURT OF CRIMINAL APPEALS FOLLOWED WITH A "LEGAL SUFFICIENCY" STANDARD THAT REQUIRES A DPS AGENT TO TESTIFY A TRIAL REGARDING A "SUB-STANTIAL SIMILARITY" TEST IN CRABTREE 389 S.W. 3d 820 (TEX. CRIM APP.), YET, THE ATTORNEY GENERAL'S WOULD LEAD TO AN ABSURD RESULT THAT WOULD ALLOW A DPS "SUBSTANTIAL SIMILARITY" DETERMINATION TO BE LEGAL DESPITE THE FACT IT WOULD NOT PASS THE "ANONYMOUS ADULT" STANDARD SIMPLY BECAUSE A TEXAS OFFENSE IS AT ISSUE, AND STILL BE ILLEGAL WHERE AN OUT-OF-STATE CONVICTION IS AT ISSUE.

THIS TYPE OF ABSURDITY WAS NOT MEANT WHEN THE 3RD COURT OF APPEALS CREATED THE "SUBSTANTIAL SIMILARITY" TEST.

(7-10)

## ARGUMENT

THERE IS NO LEGAL OR FACTUAL BASIS FOR DISMISSAL AS MALICIOUS OR FRIVOLOUS WITH PREJUDICE APPELLANTS CLAIMS FOR <u>DECLARATORY</u> AND <u>INJUNCTIVE</u> RELIEF WHERE APPELLANTS CLAIM IS INDISTINGUISHABLE FROM THE SITUATION IN <u>MCCRAW V C.I.</u> 525 S.W.3d 701 (TEX.APP. 9TH DIST 2017) THAT COURT HELD " C.I's PETITION ALLEGED, AND MCCRAW HAS NOT DISPUTED, THAT DPS ONLINE PUBLIC RECORDS REFLECT INCORRECT INFORMATION, AND C.I HAS SOUGHT INJUNCTIVE RELIEF TO COMPEL MCCRAW TO REFORM THE RECORDS TO REFLECT THE PROPER INFORMATION."

HERE, APPELLANT HAS SOUGHT PROSPECTIVE RELIEF TO DECLARE THE ULTRA VIRES ACT UNCONSTITUTIONAL UNDER DUE PROCESS PRINCIPLES, DETERMINE THE PROPER DURATION OF REGISTRATION FOR APPELLANTS "<u>NON VIOLENT</u>" PRIOR CONVICTION IN CAUSE <u>0364461-W</u> (10 YEAR REQUIRE-MENT) INJUNCTION DIRECTING DPS TO REFORM IT'S RECORDS TO REFLECT CORRECT INFORMATION REGARDING REGISTRATION DURATION AND VICTIM INFORMATION. (CR.VOL1 - AT 5)

(8-10)

## PRAYER

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS THE COURT GRANT RELIEF APPELLANT IS JUSTLY ENTITLED TO IN THE "INTEREST OF JUSTICE."

ON THIS __20TH__ DAY
OF __APRIL__ 2023.

RESPECTFULLY,

_____
APPELLANT

(9-10)

## SERVICE

A TRUE COPY of APPELLANTS "SECOND SUPPLEMENTAL APPELLATE BRIEF" HAS BEEN PLACED IN THE U.S. MAIL ADDRESSED TO:

VISHAL V IYER
Office of THE ATTORNEY GENERAL
LAW ENFORCEMENT DEFENSE DIV.
P.O. BOX 12548
AUSTIN, TX 78711-2548

ON THIS 20TH DAY of APRIL 2025

_____
APPELLANT

(10-10)

FIFTEENTH COURT OF APPEALS
P.O.BOX 12852
AUSTIN,TX 78711

APRIL 20, 2025

RE: MOTION FOR LEAVE

RE: APPELLANT'S 2ND SUPPLEMENTED
MOTION

RE: 15-24-00119-CV

CLERK,

ENCLOSED IS APPELLANT'S "MOTION FOR LEAVE"
AND "APPELLANT'S 2ND SUPPLEMENTED MOTION"
PLEASE FILE WITH THE COURT.

RESPECTFULLY,

APPELLANT

ELIGAH DARNELL JR #1695278
2664 FM 2054
TENNESSEE COLONY,TX 75886

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

ELIGAH DARNELL JR #1695278
2664 FM 2054
TENNESSEE Colony, TEXAS 75886



APR 2 1 2025

FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

APR 3 0 2025

CHRISTOPHER A. PRINE
CLERK

